KEITH CHRESTIONSON (SBN: 130936)
RAMON A. MIYAR (SBN: 284990)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Tel: 415.364.5558
Fax: 415.391.4436
e-mail: kchrestionson@foxrothschild.com
　　　rmiyar@foxrothschild.com

Attorneys for Defendant
FIRST DATA CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DAVID KNOX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST DATA CORPORATION, and<br>DOES 1-25,<br><br>　　　　　Defendants. | Case No.<br>Judge:<br><br>**DECLARATION OF JOSHUA HORN IN SUPPORT OF DEFENDANT FIRST DATA CORPORATION'S NOTICE OF REMOVAL OF ACTION** |

*FOX ROTHSCHILD LLP*
*345 California Street, Suite 2200*
*San Francisco, CA 94104*
*Telephone: (415) 364-5540  Fax: (415) 391-4436*

1

I, Joshua Horn, declare as follows:

1.      I am a partner at Fox Rothschild LLP, counsel of record for Defendant First Data Corporation, and make this declaration in support of Defendant's Notice of Removal of Action Under 28 U.S.C. § 1332. If called as a witness, I would competently testify to the facts stated in this Declaration, all of which are within my personal knowledge.

2.      On November 12, 2014, Plaintiff David Knox filed in the Superior Court of the State of California in and for San Joaquin County the action entitled *David Knox v. First Data Corporation and Does 1 to 25*, Case No. 39-2014-00318689-CU-PO-STK.  Attached hereto as **Exhibit A** are true and correct copies of the complaint and other process, pleadings, and orders from the state court's file that have been served on Defendant.

3.      On January 20, 2015, I executed a Notice and Acknowledgement of Receipt of the Summons and Complaint on behalf of Defendant First Data Corporation, and returned the same to Plaintiff's counsel in an e-mail on the same date.  A true and correct copy of the Notice and Acknowledgement of Receipt I executed and returned to counsel is attached hereto as **Exhibit B**.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of February, 2015 at Philadelphia, Pennsylvania.

_____
JOSHUA HORN

DECLARATION OF JOSHUA HORN IN SUPPORT OF DEFENDANT
FIRST DATA CORPORATION'S NOTICE OF REMOVAL                    CASE NO.:

FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540  Fax: (415) 391-4436

# EXHIBIT A

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Randy E. Thomas SBN 78411
Jeannine I. Maldonado SBN 285619
Law Offices of Randy E. Thomas
18826 N. Lower Sacramento Rd. STE G
Woodbridge, CA 95258
TELEPHONE NO: 209-369-9255     FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Plaintiff, DAVID KOX

*FOR COURT USE ONLY*

FILED

14 NOV 12 PM 2:51

JENNIFER CASTELLO

BY _____

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN JOAQUIN
STREET ADDRESS: 222 E WEBER
MAILING ADDRESS: 222 E WEBER
CITY AND ZIP CODE: STOCKTON, CA 95202
BRANCH NAME:

PLAINTIFF: DAVID KNOX,

DEFENDANT: FIRST DATA CORPORATION,

[X] DOES 1 TO 25

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number):*
Type *(check all that apply):*
[ ] **MOTOR VEHICLE**          [X] **OTHER** *(specify):* CONVERSION
    [ ] Property Damage        [ ] Wrongful Death
    [ ] Personal Injury        [ ] Other Damages *(specify):*

CASE NUMBER:
39-2014-00318689-CU-PO-STK

**Jurisdiction** *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE**
    Amount demanded      [ ] does not exceed $10,000
                         [ ] exceeds $10,000, but does not exceed $25,000
[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED** by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

1. Plaintiff *(name or names):* DAVID KNOX

   alleges causes of action against defendant *(name or names):* FIRST DATA CORPORATION, DOES 1-25

2. This pleading, including attachments and exhibits, consists of the following number of pages:

THIS CASE HAS BEEN ASSIGNED TO JUDGE CARTER P. HOLLY IN DEPARTMENT 41 FOR ALL PURPOSES, INCLUDING TRIAL

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1. 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal
Solutions
® Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: KNOX V. FIRST DATA CORPORATION, ET AL. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ except defendant *(name):* FIRST DATA CORPORATION

   (1) ☒ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☒ Doe defendants *(specify Doe numbers):* 1-10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants *(specify Doe numbers):* 11-25 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and

   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: KNOX V. FIRST DATA CORPORATION, ET AL. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    a. [___] Motor Vehicle
    b. [___] General Negligence
    c. [___] Intentional Tort
    d. [___] Products Liability
    e. [___] Premises Liability
    f. [ X ] Other *(specify):* CONVERSION

11. Plaintiff has suffered
    a. [___] wage loss
    b. [ X ] loss of use of property
    c. [___] hospital and medical expenses
    d. [___] general damage
    e. [___] property damage
    f. [___] loss of earning capacity
    g. [___] other damage *(specify):*

12. [___] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [___] listed in Attachment 12.
    b. [___] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [ X ] compensatory damages
       (2) [___] punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) [ X ] according to proof
       (2) [___] in the amount of: $

15. [ X ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    ONE - CONVERSION

Date: 11/11/14

JEANNINE I. MALDONADO
(TYPE OR PRINT NAME)

_(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(3)

| SHORT TITLE: KNOX V. FIRST DATA, ET AL. | CASE NUMBER |
|---|---|

FIRST _____ CAUSE OF ACTION—Intentional Tort          Page 1_____
(number)

ATTACHMENT TO [X] Complaint [_] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.  Plaintiff *(name)*: DAVID KNOX

alleges that defendant *(name)*:  FIRST DATA CORPORATION

[X] Does 1_____ to 25_____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*:  May 15, 2014
at *(place)*:  San Joaquin County

*(description of reasons for liability)*:
David Knox claims that First Data Corporation wrongfully exercised control over his perosnal property. David Knox owned and has a right to possess $84,485.71. These funds were being held due to a Receivership filed in San Joaquin County Superior Court, Case Number 39-2007-277401-CU-CO-STK which was closed on January 13, 2013. David Knox requested said funds be released to him on or about May 15, 2014, pursuant to a January 15, 2013 stipulation all remaining funds were to be released to the trust account of Randy E. Thomas, Esq. Defendant First Data Corporation intentionally and substantially interfered with David Knox's property by refusing to release the funds after First Data was sent the paperwork showing the Receivership was released thus First Data Corporation prevented David Knox from having access to the $84,485.71. As of May 15, 2014 David Knox did not consent to First Data Corporation holding the funds. David Knox was harmed and First Data Corporation's conduct was a substantial factor in causing David Knox's harm.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION—Intentional Tort

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

# EXHIBIT B

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| RANDY E. THOMAS - SBN.: 78411<br>JEANNINE I. MALDONADO - SBN.: 285619<br>LAW OFFICE OF RANDY THOMAS<br>19826 N. LOWER SACRAMENTO RD., SUITE G P.O. BOX 717<br>WOODBRIDGE, CA 95258<br>TELEPHONE NO. (209) 369-9255   FAX NO. (Optional): (209) 369-9288<br>E-MAIL ADDRESS (Optional): WOODBRIDGELAW77@YAHOO.COM<br>ATTORNEY FOR (Name): PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN JOAQUIN
STREET ADDRESS: 222 E. WEBER AVENUE
MAILING ADDRESS: SAME
CITY AND ZIP CODE: STOCKTON, CA 95202
BRANCH NAME: SUPERIOR

PLAINTIFF/PETITIONER: DAVID KNOX

DEFENDANT/RESPONDENT: FIRST DATA CORPORATION, and DOES 1
through 25, inclusive

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER<br>39-2014-00318689-CU-PO-STK |
|---|---|

TO (insert name of party being served): Pamela Lapierre-Olson as authorized agent for FIRST DATA CORP.

| **NOTICE** |
|---|
| The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.<br><br>If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below. |

Date of mailing: December 11, 2014

MELADEE COX
(TYPE OR PRINT NAME)                                    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1.  [X]  A copy of the summons and of the complaint.
2.  [X]  Other (specify): CIVIL CASE COVER SHEET, NOTICE OF CASE ASSIGNMENT INFORMATION, YOU DON'T HAVE TO SUE PACKET, ADR INFO., STIP AND ORDER TO PARTICIPATE, CASE MANAGMENT STATEMENT

(To be completed by recipient):
Date this form is signed:

Joshua Hern for First Data Corp.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)                    1/20/15
                                                        (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
                                                        ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Page 1 of 1
Code of Civil Procedure
§§ 415.30, 417.10

Legal
Solutions
® Plus