KEITH CHRESTIONSON (SBN: 130936)
RAMON A. MIYAR (SBN: 284990)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Tel: 415.364.5558
Fax: 415.391.4436
e-mail: kchrestionson@foxrothschild.com
         rmiyar@foxrothschild.com

Attorneys for Defendant
FIRST DATA CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAVID KNOX,<br><br>                    Plaintiff,<br><br>        v.<br><br>FIRST DATA CORPORATION, and DOES 1-25,<br><br>                    Defendants. | Case No. 2:15-cv-00393-JAM-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:  November 12, 2014<br>Removed:          February 19, 2015 |

Pursuant to General Local Rule 144(a), it is hereby STIPULATED and AGREED by and between counsel for Plaintiff, David Knox, and Defendant, First Data Corporation, that Defendant shall have 28 days from February 19, 2015 (the date of removal to this Court) to answer, move or otherwise plead in response to the Complaint.

The response to the Complaint is currently due on February 26, 2015.  Pursuant to this stipulation, Defendant shall file its response no later than **March 19, 2015**. No prior extensions have been granted.

| FOX ROTHSCHILD LLP | LAW OFFICES OF RANDY E. THOMAS |
|---|---|
| */s/ Ramon A. Miyar* | */s/ Jeannine I. Maldonado* |
| KEITH CHRESTIONSON | RANDY E. THOMAS |
| RAMON A. MIYAR | JEANNINE I. MALDONADO |
| 345 California Street, Suite 2200 | 18826 N. Lower Sacramento Road, Ste. G |
| San Francisco, CA 94104 | Woodbridge, CA 95258 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Dated:  February 19, 2015 | Dated:  February 23, 2015 |

SO ORDERED.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

Dated:  February 25, 2015