KEITH CHRESTIONSON (SBN: 130936)
RAMON A. MIYAR (SBN: 284990)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA  94104
Tel:  415.364.5558
Fax: 415.391.4436
e-mail: kchrestionson@foxrothschild.com
         rmiyar@foxrothschild.com

Attorneys for Defendant
FIRST DATA CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID KNOX,<br><br>               Plaintiff,<br><br>     v.<br><br>FIRST DATA CORPORATION, and DOES 1-25,<br><br>               Defendants. | Case No. 2:15-cv-00393-JAM-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:  November 12, 2014<br>Removed:           February 19, 2015 |

Pursuant to General Local Rule 144(a), it is hereby STIPULATED and AGREED by and between counsel for Plaintiff, David Knox, and Defendant, First Data Corporation, that Defendant shall have 28 days from March 19, 2015 to answer, move or otherwise plead in response to the Complaint.

The response to the Complaint is currently due on March 19, 2015 pursuant to an earlier extension. Only one prior extension has been granted in this matter. The parties seek a further extension so that counsel for the plaintiff can continue to seek the release by a claimant to certain funds so that the parties can avoid pursuing an interpleader in these proceedings. The parties believe that the additional time will aid in determining whether the release of the final claimant can be obtained before a responsive pleading is required. Pursuant to this stipulation, Defendant shall file its response no later than **April 16, 2015**.

| FOX ROTHSCHILD LLP | LAW OFFICES OF RANDY E. THOMAS |
|---|---|
| */s/ Ramon A. Miyar* _____<br>KEITH CHRESTIONSON<br>RAMON A. MIYAR<br>345 California Street, Suite 2200<br>San Francisco, CA 94104 | */s/ Jeannine I. Maldonado* _____<br>RANDY E. THOMAS<br>JEANNINE I. MALDONADO<br>18826 N. Lower Sacramento Road, Ste. G<br>Woodbridge, CA 95258 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Dated:  March 16, 2015 | Dated:  March 16, 2015 |

SO ORDERED.

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

Dated:  March 17, 2015

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE PLEAD          CASE NO.: 2:15-cv-00393-JAM-KJN

FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540  Fax: (415) 391-4436