KEITH CHRESTIONSON (SBN: 130936)
RAMON A. MIYAR (SBN: 284990)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Tel: 415.364.5558
Fax: 415.391.4436
e-mail: kchrestionson@foxrothschild.com
        rmiyar@foxrothschild.com

Attorneys for Defendant
FIRST DATA CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DAVID KNOX,<br><br>     Plaintiff,<br><br>  v.<br><br>FIRST DATA CORPORATION, and DOES 1-25,<br><br>     Defendants. | Case No. 2:15-cv-00393-JAM-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER**<br><br>Complaint Filed: November 12, 2014<br>Removed:    February 19, 2015 |

1

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE PLEAD    CASE NO.: 2:15-cv-00393-JAM-KJN

Pursuant to General Local Rule 144(a), it is hereby STIPULATED and AGREED by and between counsel for Plaintiff, David Knox, and Defendant, First Data Corporation, that Defendant shall have 28 days from April 16, 2015 to answer, move or otherwise plead in response to the Complaint.

The response to the Complaint is currently due on April 16, 2015 pursuant to an earlier extension. Only two prior extensions have been granted in this matter. During the prior two extensions, counsel for the plaintiff has been diligently attempting to get all of the possible claimants to certain funds in the possession of First Data Corporation to release those claims so that plaintiff and First Data Corporation could hopefully amicably resolve this matter with total finality. The parties seek a further extension so that counsel for the plaintiff can continue to seek the release by one last claimant to certain funds so that the parties can avoid pursuing the time and expense associated with an interpleader or otherwise having to litigate these proceedings. The parties believe that the additional time will aid in determining whether the release of the final claimant can be obtained before a responsive pleading is required. Pursuant to this stipulation,

Defendant shall file its response no later than **May 8, 2015**.

| FOX ROTHSCHILD LLP | LAW OFFICES OF RANDY E. THOMAS |
|---|---|
| */s/ Ramon A. Miyar*  _____<br>KEITH CHRESTIONSON<br>RAMON A. MIYAR<br>345 California Street, Suite 2200<br>San Francisco, CA 94104 | */s/ Jeannine I. Maldonado*  _____<br>RANDY E. THOMAS<br>JEANNINE I. MALDONADO<br>18826 N. Lower Sacramento Road, Ste. G<br>Woodbridge, CA 95258 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Dated: April 10, 2015 | Dated: April 10, 2015 |

SO ORDERED

Dated: April 10, 2015

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE