KEITH CHRESTIONSON (SBN: 130936)
RAMON A. MIYAR (SBN: 284990)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA  94104
Tel:  415.364.5558
Fax: 415.391.4436
e-mail: kchrestionson@foxrothschild.com
          rmiyar@foxrothschild.com

Attorneys for Defendant
FIRST DATA CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAVID KNOX,<br><br>                    Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, and DOES 1-25,<br><br>                    Defendants. | Case No. 2:15-cv-00393-JAM-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:  November 12, 2014<br>Removed:             February 19, 2015 |

     Pursuant to General Local Rule 144(a), it is hereby STIPULATED and AGREED by and between counsel for Plaintiff, David Knox, and Defendant, First Data Corporation, that Defendant shall have 28 days from May 8, 2015 to answer, move or otherwise plead in response to the Complaint.

     The response to the Complaint is currently due on May 8, 2015, pursuant an earlier extension. Three prior extensions have been granted while the parties try to complete a final resolution of their dispute. During the prior extensions, counsel for the plaintiff has been diligently attempting to get all of the possible claimants to certain funds in the possession of First Data Corporation to release those claims so that the plaintiff and First Data Corporation could hopefully amicably resolve this matter with total finality. Plaintiff has successfully secured the release from all but one claimant. In light of the difficulty plaintiff's counsel has had to get the final claimant to release its claim, counsel for the parties have also been exploring an alternative approach to finally resolve this matter. The parties seek a further extension so that counsel for the parties can either obtain the release from the remaining claimant or, alternatively, to separately resolve this matter so that the parties can avoid the time and expense associated with an interpleader or otherwise having to litigate these proceedings. The parties believe that the additional time will aid them in resolving this matter without requiring the filing of a responsive pleading or further litigation. Pursuant to this stipulation, Defendant shall file its response no

FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540  Fax: (415) 391-4436

later than **June 5, 2015**.

| FOX ROTHSCHILD LLP | LAW OFFICES OF RANDY E. THOMAS |
|---|---|
| */s/ Ramon A. Miyar* <br> KEITH CHRESTIONSON <br> RAMON A. MIYAR <br> 345 California Street, Suite 2200 <br> San Francisco, CA 94104 | */s/ Jeannine I. Maldonado* <br> RANDY E. THOMAS <br> JEANNINE I. MALDONADO <br> 18826 N. Lower Sacramento Road, Ste. G <br> Woodbridge, CA 95258 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Dated:  May 6, 2015 | Dated:  May 6, 2015 |

Dated: May 6, 2015

SO ORDERED

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE