**RANDY E. THOMAS, ESQ. / SBN: 78411**
**BARBARA J. THOMAS, ESQ. / SBN: 283318**
**JEANNINE I. MALDONADO, ESQ. / SBN: 285619**
**LAW OFFICE OF RANDY E. THOMAS**
18826 N. Lower Sacramento Road, Suite G
P.O. Box 717
Woodbridge, CA 95258
Telephone:  (209) 369-9255
Facsimile:  (209) 369-9288

Attorney for Plaintiff
DAVID KNOX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID KNOX, | Case No.: 2:15-cv-00393-JAM-KJN |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |
| v. | |
| FIRST DATA CORPORATION, and DOES 1-25, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, this Stipulation of Dismissal with Prejudice is entered into by Plaintiff DAVID KNOX and Defendant FIRST DATA CORPORATION, through their respective undersigned counsel of record.

WHEREAS, Plaintiff filed a Complaint for conversion in the State of California County of San Joaquin on or about November 12, 2014;

WHEREAS, the above-captioned matter was removed to the United States District Court, Eastern District of California on or about February 19, 2015;

/ / /

-1-
**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff and the Defendant have agreed to stipulate to dismissal of all parties including all DOE defendants with prejudice of the above-captioned matter;

WHEREAS, Plaintiff further stipulates that the material allegations contained in the Complaint are hereby withdrawn in full;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant that the above-captioned matter is dismissed with prejudice and that the material allegations of the Complaint are withdrawn in full by Plaintiff.

**Dated: June 16, 2015**            **LAW OFFICES OF RANDY E. THOMAS**

*/S/ Jeannine I. Maldonado*

**By: JEANNINE I. MALDONADO**
**Attorney for David Knox**

**Dated: June 17, 2015**            **FOX ROTHSCHILD LLP**

**/s/ John A. Mendez**_____
**By: JOSHUA HORN**
**Attorney for FIRST DATA CORPORATION**

**ORDER**

**IT IS SO ORDERED**
**DATED:  6/18/2015**

/s/ John A. Mendez_____
**UNITED STATES DISTRICT COURT JUDGE**

-2-
**STIPULATION OF DISMISSAL WITH PREJUDICE**